**734**

223 So.2d 610

**Otis SMITH**

v.

**STATE of Alabama.**

**3 Div. 415.**

Supreme Court of Alabama.

May 29, 1969.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., for petitioner.

James D. Straiton, Montgomery, opposed.

BLOODWORTH, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Smith v. State, 45 Ala.App. 63, 223 So.2d 605.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

221 So.2d 399

**Willie Lee STINSON**

v.

**STATE.**

**5 Div. 875.**

Supreme Court of Alabama.

March 13, 1969.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen. and Lloyd G. Hart, Asst. Atty. Gen., for petitioner.

McKee & Maye, Opelika, opposed.

HARWOOD, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Stinson v. State, 45 Ala.App. 5, 221 So.2d 397.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

221 So.2d 119

**David Ralph Howell WHITE**

v.

**STATE.**

**7 Div. 848.**

Supreme Court of Alabama.

April 3, 1969.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., for petitioner.

Woodrow Albea and W. Otis MacMahon, III, Anniston, opposed.

SIMPSON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in White v. State, 45 Ala.App. 1, 221 So.2d 117.

Writ denied.

COLEMAN, HARWOOD and BLOODWORTH, JJ., concur.